

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2014

No. 04-14-00330-CV

**IN THE INTEREST OF M.J.W., J.A., AND C.A.,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02053
Peter Sakai, Judge Presiding

## O R D E R

This is an accelerated appeal involving the termination of appellant's parental rights. Appellant has filed a motion for extension of time to file her brief. We GRANT the motion and ORDER appellant to file her brief on or before July 9, 2014. NO FURTHER EXTENTIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2014.

_____
Keith E. Hottle
Clerk of Court